## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LOUIS PISTOLIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:19 -CV-001185 -MAB** |
| | ) | |
| **AMEREN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| **LOUIS PISTOLIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:19-CV-001182-MAB** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **J.F. ELECTRIC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

This case is before the Court for an *in camera* review of documents submitted to the Court by Defendants. The Court has reviewed ten documents, which contain redactions pursuant to objections lodged by Defendants. After reviewing the documents and the objections, the Court outlines its rulings below. Defendants shall produce documents consistent with the Court's rulings below to Plaintiff within 21 days of the issuance of this Order.

**DFTS E-DISCOVERY 413**: There is one redaction on this document and the objection is **SUSTAINED**.

**DFTS E-DISCOVERY 417**: This document contains no redactions.

**DFTS E-DISCOVERY 418**: Defendants have withdrawn their first four objections. All redactions in the document up and until "November 9" must be removed. The next three objections (beginning with "Bench Marking") are **OVERRULED.** The objection to the "Personnel" section of the document is **OVERRULED**. The objection to the "Projects" section is **SUSTAINED**.

**DFTS E-DISCOVERY 435**: The first three objections are **OVERRULED**, however Defendants may redact the individual's name. Defendants have withdrawn their fourth objection. Therefore, the redactions in the document up and until "Outages" must be removed (except for the individual's name). All remaining objections are **SUSTAINED**.

**DFTS E-DISCOVERY 442**: Defendants intend to withdraw three objections. All remaining objections are **OVERRULED**.

**DFTS E-DISOCVERY 450**: The first three objections are **OVERRULED** (although Defendants may redact the individual's name). The fourth objection is withdrawn. The remaining objections are **SUSTAINED**.

**DFTS E-DISOCVERY 463**: This document contains no redactions.

**DFTS E-DISOCVERY 464**: Defendants withdraw their first two objections on this page. The first objection Defendants maintain (after "October 17th") is **OVERRULED**. The next objection was withdrawn. The two objections in the "OTHER" section of the document are **OVERRULED** (this includes information redacted in the "Transmission Safety" section). The final objection regarding Steel Pole Delays is **SUSTAINED**. In sum, all redactions up and until Steel Pole Delays shall be removed.

**DFTS E-DISOCVERY 550**: This document contains no redactions.

**DFTS E-DISOCVERY 551**: Defendants withdraw their first two objections on this page. The first objection Defendants maintain (after "October 17th") is **OVERRULED**. The next objection was withdrawn. The two objections in the "OTHER" section of the document are **OVERRULED** (this includes information redacted in the "Transmission Safety" section). The final objection regarding Steel Pole Delays is **SUSTAINED**. In sum, all redactions up and until Steel Pole Delays shall be removed.

IT IS SO ORDERED.

DATED: July 21, 2022

s/ Mark A. Beatty
MARK A. BEATTY
United States Magistrate Judge